**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2486**

———————

JOHN J. JOSWICK,

Plaintiff - Appellant,

versus

THE JOHNS HOPKINS UNIVERSITY APPLIED PHYSICS
LABORATORY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
98-3041-PJM)

———————

Submitted:  February 10, 2000      Decided:  February 15, 2000

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John J. Joswick, Appellant Pro Se.  Valerie Floyd Portner, Patrick
A. Birck, JOHNS HOPKINS UNIVERSITY, Laurel, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John L. Joswick appeals the magistrate judge's order granting summary judgment to his former employer in his employment discrimination action filed under the Americans with Disabilities Act 42 U.S.C.A. §§ 12101-12213 (West 1994 & Supp. 1999).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Joswick v. Johns Hopkins Univ. Applied Physics Lab., No. CA-98-3041-PJM (D. Md. Sept. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The proceedings in this action were conducted by a magistrate judge pursuant to the consent of the parties. See 28 U.S.C. § 636(c) (1994).